IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. G. NEIL GARRETT, DDS, P.C., on behalf of itself and a class,<br><br>      Plaintiff,<br><br>    v.<br><br>100 MARKETERS, LLC, d/b/a WEB MARKETING FOR DENTISTS, and JOHN DOES 1-10,<br><br>      Defendant. | 12 CV 7553<br><br>Honorable Judge Norgle<br>Magistrate Judge Keys |

**STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action with prejudice and without costs. This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully submitted,

**PLAINTIFF**

**DR. G. NEIL GARRETT, D.D.S., P.C.**

s/ Dulijaza Clark
By one of its attorneys
Daniel Edelman
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANT**

**100 MARKETERS, LLC**

s/ Bart T. Murphy
By one of its attorneys
Bart T. Murphy # 6181178
Ice Miller, LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392

**CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, hereby certify that on February 12, 2013, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

  Bart T. Murphy # 6181178
  Ice Miller, LLP
  2300 Cabot Dr., Ste. 455
  Lisle, IL 60532
  630-955-6392

        s/ Dulijaza Clark
        Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)